UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kenneth Carl Krupp,

Plaintiff,

v. CIVIL 01-1037 (MJD/SRN)

United States Government, et. al.,

Defendants.

---

ORDER OF DISQUALIFICATION AND DIRECTION TO THE CLERK OF COURT FOR REASSIGNMENT OF CASE

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter.

Accordingly,

IT IS ORDERED pursuant to this Court's Assignment of Cases Order dated April 2, 2001, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the master list of the automated case assignment system.

IT IS FURTHER ORDERED that a copy of this Order shall be filed in the above captioned case.

DATED: June 29, 2001

Judge Michael J. Davis
United States District Court

FILED JUN 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to an Order of Recusal, this case is reassigned to Judge Ann D. Montgomery. Magistrate Judge Susan R. Nelson remains the magistrate judge on this case.

Kenneth Krupp vs. US Government

NEW CASE NUMBER 01-1037 ADM/SRN

Use this case number for all further filings.